27812.00A2O3/tlt/Document #: 772942

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP WELDIN, | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | **FILED: MAY 01, 2008** |
| | ) | **08CV2492   AEE** |
| BAUSCH & LOMB, INCORPORATED | ) | **JUDGE GRADY** |
| | ) | **MAGISTRATE JUDGE COLE** |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    I hereby certify that I have mailed by United States Postal Service the document to the following:

Kevin W. O'Connor
Collison & O'Connor Ltd.
19 South LaSalle Street
Chicago, Illinois 60603

    Respectfully submitted,

    BAUSCH & LOMB INCORPORATED

    s/ C. Barry Montgomery
    C. Barry Montgomery, ARDC#9145351
    WILLIAMS MONTGOMERY & JOHN LTD.
    Attorney for Defendant Bausch & Lomb
    20 North Wacker Drive, Suite 2100
    Chicago, Illinois 60606
    (312) 443-3200 / Fax:  (312) 630-8500

Brent G. Filbert (*admitted pro hac vice*)
Greta A. McMorris (*admitted pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550