U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PHILLIP WELDIN, Plaintiff,<br>v.<br>BAUSCH & LOMB, INCORPORATED, Defendant. | **FILED: MAY 01, 2008**<br>**08CV2492   AEE**<br>**JUDGE GRADY**<br>**MAGISTRATE JUDGE COLE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAUSCH & LOMB, INCORPORATED, Defendant.

| NAME (Type or print) |
|---|
| C. Barry Montgomery |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ C. Barry Montgomery |

| FIRM |
|---|
| WILLIAMS MONTGOMERY & JOHN LTD. |

| STREET ADDRESS |
|---|
| 20 North Wacker Drive, Suite 2100 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 9145351 | (312) 443-3242 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |