# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08CV2492 |
|---|---|
| PHILLIP WELDIN, Plaintiff,<br>v.<br>BAUSCH & LOMB, INCORPORATED, Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAUSCH & LOMB, INCORPORATED, Defendant.

| | |
|---|---|
| **NAME** (Type or print)<br>Bradley C. Nahrstadt | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Bradley C. Nahrstadt | |
| **FIRM**<br>WILLIAMS MONTGOMERY & JOHN LTD. | |
| **STREET ADDRESS**<br>20 North Wacker Drive, Suite 2100 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6210713 | **TELEPHONE NUMBER**<br>(312) 443-3227 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |