27812.00A2O3/tlt/Document #: 777220

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP WELDIN, | ) | |
| Plaintiff, | ) | Civil Action No. 1:08-CV-2492 |
| | ) | |
| v. | ) | |
| | ) | |
| BAUSCH & LOMB, INCORPORATED | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Kevin W. O'Connor
      Collison & O'Connor Ltd.
      19 South LaSalle Street
      Chicago, Illinois 60603

You are hereby notified that we will appear in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, before the following judge or any other judge sitting in his stead at the place and time specified and present the attached **Defendant Bausch & Lomb Incorporated's Unopposed Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation and Memorandum of Law in Support**.

| Judge | Room | Date | Time |
|---|---|---|---|
| Judge John F. Grady | Room 2201 | June 18, 2008 | 10:30 a.m. |

BAUSCH & LOMB INCORPORATED

s/ Bradley C. Nahrstadt
Bradley C. Nahrstadt, ARDC No. 6210713
C. Barry Montgomery, ARDC No. 9145351
Claire L. Lunardini, ARDC No. 6272176
WILLIAMS MONTGOMERY & JOHN LTD.
Attorney for Defendant Bausch & Lomb
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200 / Fax: (312) 630-8500

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing Notice of Unopposed Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation and Memorandum of Law in Support with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kevin W. O'Connor
Collison & O'Connor Ltd.
19 South LaSalle Street
Chicago, Illinois 60603

s/ Bradley C. Nahrstadt
Bradley C. Nahrstadt, ARDC No. 6210713
C. Barry Montgomery, ARDC No. 9145351
Claire L. Lunardini, ARDC No. 6272176
WILLIAMS MONTGOMERY & JOHN LTD.
Attorney for Defendant Bausch & Lomb
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200 / Fax: (312) 630-8500