# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2492 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Weldin vs. Bausch & Lomb, Inc. | | |

**DOCKET ENTRY TEXT**

Hearing on defendant Bausch & Lomb Incorporated's unopposed motion to stay all proceedings pending decision by the Judicial panel on multidistrict litigation held.  Defendant's unopposed motion to stay all proceedings is granted.  Status hearing set for 09/17/08 at 10:30 a.m.  Rule 16 conference set for 06/19/08 stricken.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|