THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP WELDIN, )<br>)<br>          Plaintiff, )<br>)<br>     v. ) No. 1:08-cv-2492<br>)<br>BAUSCH & LOMB INCORPORATED, )<br>)<br>          Defendant. ) | **FILED**<br><br>AUG 0 8 2008 TC<br>Aug 8, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## APPEARANCE

Appearances are hereby filed by the undersigned as attorney for:

PHILLIP WELDIN,

plaintiff in the above-entitled action.

COLLISON & O'CONNOR, LTD.

BY _____
KEVIN W. O'CONNOR
ARDC # 6216627
Member of the Northern District
of Illinois General and Trial Bar


COLLISON & O'CONNOR, LTD. (#43057)
15TH Floor
19 South LaSalle Street
Chicago, Illinois 60603
(312)229-1560



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of      Case

Phillip Weldon  
v.  
Bausch & Lomb Inc.

Case: 1:08-cv-2492

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Phillip Weldon

FILED  
AUG 0 8 2008 TC  
Aug 8, 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

SIGNATURE: /s/ W. O'Con

FIRM: Collison & O'Connor, Ltd

STREET ADDRESS: 19 S. LaSalle, 15th Floor

CITY/STATE/ZIP: Chicago, IL 60603

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6216627

TELEPHONE NUMBER: 312 229 1560

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐