**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Phillip Weldin
          Plaintiff,

v.                    Case No.: 1:08−cv−02492
                    Honorable John F. Grady

Bausch & Lomb, Incorporated
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

  MINUTE entry before the Honorable John F. Grady:In so much as this cause has been transferred to the District of South Carolina, the status conference set for 09/17/08 is cancelled. Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.