FILED
SEP 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 31 2008

FILED
CLERK'S OFFICE

08-cv-2492

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION

MDL No. 1785

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 444 F.Supp.2d 1336 (J.P.M.L. 2006). Since that time, 217 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

AUG 1 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK

BY: Catira C Murray
DEPUTY CLERK

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION              MDL No. 1785

### SCHEDULE CTO-33 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 5 08-182 | Gay Nell Chaney v. Bausch & Lomb, Inc. |
| FLM 6 08-671 | Phillip E. Battistone v. Bausch & Lomb, Inc. |
| **GEORGIA NORTHERN** | |
| GAN 1 08-2216 | Ronald Arlotta v. Bausch & Lomb, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 08-2492 | Phillip Weldin v. Bausch & Lomb, Inc. |
| **INDIANA SOUTHERN** | |
| ~~INS 1 08-678~~ | ~~Catherine A. Littleton v. Bausch & Lomb, Inc.~~ Opposed 8/18/08 |
| **MINNESOTA** | |
| MN 0 08-1100 | Deborah Ball-Hijazi, et al. v. Bausch & Lomb, Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 08-85 | Jessica E. Blaylock v. Bausch & Lomb, Inc. |
| **TEXAS EASTERN** | |
| TXE 2 08-210 | Christine Haney v. Bausch & Lomb, Inc. |
| **VIRGINIA WESTERN** | |
| VAW 1 08-21 | Virginia L. Harris v. Bausch & Lomb, Inc. |

## SCHEDULE A
## MDL 1785 - In Re Bausch & Lomb Inc Contact Lens Solution Products Liability Litigation

FLORIDA MIDDLE
Gay Nell Chaney v Bausch & Lomb, Inc C.A. No. 5:08-182
*New C.A. No. 2:08-2915*
Phillip E. Battistone v Bausch & Lomb, Inc C.A. No. 6:08-671
*New C.A. No. 2:08-2916*

GEORGIA NORTHERN
Ronald Arlotta v Bausch & Lomb, Inc C.A. No. 1:08-2216
*New C.A. No. 2:08-2917*

ILLINOIS NORTHERN
Phillip Weldin v Bausch & Lomb, Inc C.A. No. 1:08-2492
*New C.A. No. 2:08-2918*

MINNESOTA
Deborah Ball-Hijazi, et al. v Bausch & Lomb, Inc C.A. No. 0:08-1100
*New C.A. No. 2:08-2919*

MISSISSIPPI NORTHERN
Jessica E. Blaylock v Bausch & Lomb, Inc C.A. No. 1:08-85
*New C.A. No. 2:08-2920*

TEXAS EASTERN
Christine Haney v Bausch & Lomb, Inc C.A. No. 2:08-210
*New C.A. No. 2:08-2921*

VIRGINIA WESTERN
Virginia L. Harris v Bausch & Lomb, Inc C.A. No. 1:08-21
*New C.A. No. 2:08-2922*

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION

MDL No. 1785

## INVOLVED COUNSEL LIST (CTO-33)

Kaye Woodard Burwell
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216

Michael Tucker Cole
NELSON MULLINS RILEY
 & SCARBOROUGH LLP
P.O. Box 1806
Charleston, SC 29402

Robert D. Craven
CRAVEN HOOVER
 & BLAZEK PC
7550 South Meridian Street
Suite C
Indianapolis, IN 46217

John W. Dill
MORGAN & MORGAN PA
20 North Orange Ave., 16th Fl.
P.O. Box 4979
Orlando, FL 33802-4979

Brian Douglas Fowler
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122

Bonnie L. Gallivan
ICE MILLER LLP
One American Sq., Suite 2900
P.O. Box 82001
Indianapolis, IN 46204

Andrew E. Goldner
FRIED ROGERS
GOLDBERG LLC
3155 Roswell Road, NE
Suite 330
Atlanta, GA 30305-1838

Gregory Stewart Hancock
HANCOCK & SKINNER PC
P.O. Drawer 248
Lebanon, VA 24266

Gedney M. Howe, III
P.O. Box 1034
Charleston, SC 29402

Charles H Johnson
CHARLES H JOHNSON
 & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Christopher R. Jones
SHOOK HARDY
 & BACON LLP
100 N. Tampa Street
Suite 2900
Tampa, FL 33602-5810

Joan L. Lucas
BAKER DONELSON
BEARMAN CALDWELL
 & BERKOWITZ
Meadowbrook Office Park
4268 I-55 North
Jackson, MS 39211

Bradley Charles Nahrstadt
WILLIAMS MONTGOMERY
 & JOHN LTD
20 North Wacker Street
Suite 2100
Chicago, IL 60606

Kevin W. O'Connor
COLLISON & O'CONNOR LTD
19 South LaSalle Street
Chicago, IL 60603

Joseph M. Price
FAEGRE & BENSON LLP
90 South Seventh St., Suite 2200
Minneapolis, MN 55402-3901

William Monroe Quin, II
MCCRANEY & MONTAGNET
5760 I-55 North, Suite 300
Jackson, MS 39211

Jonathan I. Rotstein
LAW OFFICES OF ROTSTEIN
 & SHIFFMAN LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118

Hildy M. Sastre
SHOOK HARDY
 & BACON LLP
201 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131-4332

Elmore James Shepherd, III
SHOOK HARDY & BACON LLP
Chase Tower, Suite 1600
600 Travis Street
Houston, TX 77002-2911

Charles H. Smith, III
GENTRY LOCKE RAKES
 & MOORE
Sun Trust Plaza
10 Franklin Road, S.E., Ste. 800
P.O. Box 40013
Roanoke, VA 24022-0013

Jeffrey R. Ward
JUNEAU BOLL WARD
 & CARBOY PLLC
15301 Spectrum Dr., Suite 300
Addison, TX 75001

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION                    MDL No. 1785

## INVOLVED JUDGES LIST (CTO-33)

Hon. Sharion Aycock
U.S. District Judge
321 T.G. Abernathy Federal Building
301 West Commerce Street
Aberdeen, MS 39730

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building
 & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Anne C. Conway
U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 6750
Orlando, FL 32801

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. John F. Grady
Senior U.S. District Judge
2286 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building
 & U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. James P. Jones
Chief Judge, U.S. District Court
104 Federal Building
180 West Main Street
Abingdon, VA 24210

Hon. Charles A. Pannell, Jr.
U.S. District Judge
2367 Richard B. Russell Federal Bldg.
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Hon. T. John Ward
U.S. District Judge
Sam B. Hall, Jr. Federal Building
 & U.S. Courthouse, 1st Floor
100 E. Houston Street
Marshall, TX 75670-4144

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION                     MDL No. 1785

## INVOLVED CLERKS LIST (CTO-33)

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg.
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Laura A. Briggs, Clerk~~
~~105 Birch Bayh Federal Building~~
~~ & U.S. Courthouse~~
~~46 East Ohio Street~~
~~Indianapolis, IN 46204~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

John F. Corcoran, Clerk
104 Federal Building
180 West Main Street
Abingdon, VA 24210